IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GARRON PAUL DAVIS, | ) | |
|     ID #1119035 | ) | |
|     Petitioner, | ) | |
| vs. | ) | No. 3:08-CV-0510-K |
| | ) | |
| NATHANIEL QUARTERMAN, | ) | |
| Director, Texas Department of | ) | |
| Criminal Justice, Correctional | ) | |
| Institutions Division, | ) | |
|     Respondent | ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  Petitioner's Objections to the Findings and Conclusions of the Magistrate Judge filed on July 15, 2009 and August 3, 2009 are **OVERRULED**.

Further, Petitioner's Motion requesting Production of Documents and Tangible Things or to Enter on Land Under Rule 34 [of] Civil Procedure is **DENIED**.

SIGNED this 7th day of August, 2009.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE